MYERS, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Seymour Myers, as executor, etc., against the Manhattan Railway Company. F. Allis, for appellant. W. G. Peckham, for respondent. PER CURIAM. Judgment modified, by reducing the amount awarded for fee damage to $1,500, and by reducing the judgment as entered for rental damage, interest, costs, allowance, etc., to the sum of $1,860.88, and, as modified, affirmed, without costs. VAN BRUNT, P. J., dissents.